IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RICKY THOMPSON-EL, | : |
| Plaintiff, | : |
| v. | : Civ. No. 18-1426-RGA |
| GREATER DOVER BOYS AND GIRLS CLUB, | : |
| Defendant. | : |

## MEMORANDUM ORDER

At Wilmington this <u>23</u> day of October, 2020;

Plaintiff having been ordered on October 5, 2020 to show cause why this case should not be dismissed for his failure to comply with the Court's July 27, 2020 Order, and Plaintiff having failed to respond to the show cause order (D.I. 25);

IT IS ORDERED that the complaint is dismissed without prejudice for Plaintiff's failure to comply with court orders and apparent abandonment of the case.

    /s/ Richard G. Andrews
UNITED STATES DISTRICT JUDGE